MICHAEL J. MACK, Appellant, v. THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Mack* v. *Mayor, etc., of N. Y.*, 82 App. Div. 637, affirmed.
(Argued October 19, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Charles A. O'Neil* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THOMAS MCNAMARA et al., Composing the Firm of MCNAMARA AND COMPANY, Appellants, v. WILLIAM R. WILLCOX, as Commissioner of Parks for the Boroughs of Manhattan and Richmond in the City of New York, Respondent.

*McNamara* v. *Willcox*, 81 App. Div. 635, affirmed.
(Argued October 19, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Arthur C. Butts* for appellants.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., MARTIN and CULLEN, JJ.